IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FTI GP I, LLC v. Point Investments, Ltd.

|  |  |  |
|---|---|---|
| FTI GP I, LLC, | ) | |
| Appellant, | ) | Civil Action No. 1:23-cv-00631-UNA |
| | ) | |
| v. | ) | |
| | ) | |
| Point Investments, Ltd., | ) | Bankruptcy Case No. 22-10261 (TMH) |
| | ) | Bankruptcy BAP No. 23-32 |
| Appellee. | ) | |

## NOTICE OF DOCKETING

A Notice of Appeal of the following Orders of the Bankruptcy Court dated 05/06/2023 and 05/31/2023 was docketed in the District Court on 06/09/2023:

**ORDER GRANTING IN PART, AND DENYING IN PART, THE MOTION OF FOREIGN REPRESENTATIVES FOR ENTRY OF AN ORDER ENFORCING THE ORDER STAY AND FOR DAMAGES**

**AMENDED ORDER GRANTING IN PART, AND DENYING IN PART, THE MOTION OF FOREIGN REPRESENTATIVES FOR ENTRY OF AN ORDER ENFORCING THE AUTOMATIC STAY AND FOR DAMAGES**

In accordance with the Standing Order of the Court dated September 11, 2012, this case shall be referred to a United States Magistrate Judge to determine the appropriateness of mediation. Briefing will be deferred.

Documents prepared for mediation shall be submitted directly to the mediator and should not be filed with the Clerk's Office. Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5. Upon the request of a Judge or a mediator, counsel shall supply paper copies of the designated record.

Randall Lohan
Clerk of Court

/jfm
Date: 06/09/2023
CC:  U.S. Bankruptcy Court
     Counsel via CM/ECF